# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 7, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155557(67)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

PAUL MICHAEL JONES,
        Defendant-Appellant.

_____/

SC: 155557
COA: 328816
Newaygo CC: 14-010873-FC

On order of the Chief Justice, the motion of defendant-appellant for leave to file a brief in support of the application for leave to appeal in excess of the page limit restriction is GRANTED. The 68-page supporting brief submitted on April 3, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2017



Clerk